**IT IS ORDERED as set forth below:**



Date: August 19, 2016

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| MELODY MONIQUE CLARK ) | CASE NUMBER A15-65509-JRS |
| ) | |
| DEBTOR ) | |

### CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE TAX RETURNS OR REFUNDS

On August 04, 2016 at 9:45 am, the Court held a hearing on the Trustee's Motion to Dismiss based upon the failure of the Debtor to remit tax return(s) or refund(s) to the Chapter 13 Trustee. It further appears to the Court that the Debtor, through counsel, agreed at the call of the Court's calendar to a consent agreement. For cause shown, **IT IS HEREBY**

**ORDERED,** that the Debtor shall remit their Federal Income tax return or proof of an Income Tax Extension to the Trustee by May 15th of each calendar year for the remaining years the case is pending. If an extension is provided then the Debtor must provide the actual return to the Trustee by the extension deadline to be in compliance with the terms of this Order.

Additionally, unless further Court order allows retention, the Debtor shall pay any tax refund for the years of the Debtor's Applicable Commitment Period or any other agreed upon years to the Trustee by May 15th of each calendar year.  If the Debtor fails to provide either the tax refund or tax return to the Trustee by May 15th or the date of the granted extension then the case shall be dismissed without further hearing upon receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.  The Debtor may also submit notice to the Trustee that they are not required to file Federal Income Tax Returns or notice to the Trustee if the anticipated refund has not been received by the Debtor by the May 15th due date.  Prior to recommending dismissal the Trustee shall contact the Debtor's attorney via email to alert them of the default at least 10 business days prior to recommending dismissal by supplemental report. Additionally, a letter will be sent to the Debtor each calendar year requesting a copy of the tax return and **IT IS FURTHER**

**ORDERED,** that due to the Debtor spending Federal Income tax refund(s) for 2015 without Court permission, the plan is hereby modified to require the Debtor to provide their refund(s) to the Trustee for repayment of creditors for the additional year(s) of 2018. The tax refund(s) received for the additional year(s) shall cause an increase in the plan base.

The Clerk of the Court is directed to serve this Order on the Debtor, the attorney for the Debtor, and the Chapter 13 Trustee.

**END OF DOCUMENT**

CONSENTED TO BY:

| /s/_____ | /s/_____ |
|---|---|
| Eric W. Roach | J. Keith Cornwell |
| Attorney for the Chapter 13 Trustee | Attorney for Debtor |
| State Bar No. 143194 | State Bar No. 940503 |
| 303 Peachtree Center Avenue, NE | Cornwell Law Firm |
| Suite 120 | 2180 Satellite Blvd. |
| Atlanta, GA 30303 | Suite 400 |
| 678-992-1201 | Duluth, Ga  30097 |
| | *Signed by Eric W. Roach with express permission* |