UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MELODY MONIQUE CLARK | : | CASE NO. A15-65509-JRS |
| | : | |
| DEBTOR | : | |

### TRUSTEE'S SUPPLEMENTAL REPORT FOLLOWING TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO REMIT TAX RETURN OR REFUND

**Nancy J. Whaley, Standing Chapter 13 Trustee, to report back after giving notice to Debtor and Debtor's counsel of the deficiency pursuant to the Order requiring the Debtor to provide the Debtor's Tax Return and Refund to the Trustee on a strict compliance basis entered on August 19, 2016 (Doc. No. 33).**

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

The Debtor failed to provide the 2016 tax return.

*Please enter an Order of Dismissal*

This the 13th day of October, 2017

\_\_\_/s/_____
Maria C. Joyner,
Attorney for Chapter 13 Trustee
GA Bar No. 118350
303 Peachtree Center Ave., NE, Ste 120
Atlanta, GA  30303
(678) 992-1201

/kk

# CERTIFICATE OF SERVICE

Case No: A15-65509-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
MELODY MONIQUE CLARK
**1435 BOGGS ROAD APT. 3203
**DULUTH, GA  30096



**Attorney for the Debtor(s):**
CORNWELL LAW FIRM
2180 SATELLITE BLVD.
SUITE 400
DULUTH, GA  30097



This the 13th day of October, 2017.


/s/_____
   Maria C. Joyner
   Attorney for the Chapter 13 Trustee
   State Bar No. 118350
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201